**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re                                              :        Chapter    13

                                                   :

Christian B. Cobaugh

                                                   :

            Debtor                                 :        Bankruptcy No. 22-11297 mdc


ORDER


            AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated May 19, 2022, this case

is hereby DISMISSED.


            June 14, 2022

                                                   _____
                                                   Magdeline D. Coleman
                                                   Chief U.S. Bankruptcy Judge


Missing Documents:
Certification Concerning Credit Counseling
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income Form 122C-1 & 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106


bfmisdoc