United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11297-mdc |
| Christian B. Cobaugh | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian B. Cobaugh, 1 Glen Terrace, Havertown, PA 19083-3216 |
| 14692388 | + | PHH, PO BOX 771021, Chicago IL 60677-0001 |
| 14693939 | + | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 15 2022 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 15 2022 00:24:00 | Deutsche Bank National Trust Company, as Trustee f, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 14694700 | + | Email/Text: EBN@brockandscott.com | Jun 15 2022 00:24:00 | Deutsche Bank National Trust Company ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14694701 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 15 2022 00:24:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14696160 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 15 2022 00:28:38 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 9

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Ameriquest Mortgage Securities Inc., Asset-Back wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Christian B. Cobaugh | | |
| | : | |
| Debtor | : | Bankruptcy No. 22-11297 mdc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 19, 2022, this case is hereby DISMISSED.

June 14, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:
Certification Concerning Credit Counseling
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income Form 122C-1 & 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc